UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| JEFFREY JOEL JUDY,<br>an individual,<br><br>            Plaintiff,<br>vs.<br><br>CASH AMERICA EAST, INC.,<br>a Florida Corporation,<br><br>            Defendant.<br>_____ | )<br>)<br>)   CASE NO.: 2:25-cv-70-JLB-NPM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Plaintiff, Jeffrey Joel Judy hereby files this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all substantive issues in this matter and anticipate filing a dismissal within thirty (30) days. The Plaintiff, with Defendant's consent, further requests that all hearings and deadlines, including Defendant's deadline to respond to the complaint, be adjourned while they finalize their agreement.

Dated: March 3, 2025

                                            Respectfully Submitted,

                                            KU & MUSSMAN, P.A.
                                            18501 Pines Blvd, Suite 362
                                            Pembroke Pines, Florida 33029
                                            Tel: (305) 891-1322
                                            Fax: (954) 686-3976

louis@kumussman.com

By: */s/ Louis I. Mussman*
Louis I. Mussman, Esq.
(*Lead Counsel*)
(FL Bar # 597155)
Brian T. Ku, Esq.
(FL Bar #: 610461)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record and a true and correct copy has been emailed to:

Chris Rodriguez
Assistant General Counsel
FirstCash, Inc.
1600 West 7th Street
Fort Worth, Texas 76102
chris.rodriguez@firstcash.com

By: /s/ Louis Mussman
Louis Mussman, Esq.